UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable John A. Mendez
United States District Judge
Sacramento, California

                                RE:    Larry James PARKER
                                             Docket Number:   2:08CR00210-01
                                             PERMISSION TO TRAVEL

Your Honor:

The releasee is requesting permission to travel to Maui, Hawaii. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 12, 2010, Mr. Parker was sentenced for the offense of 18 USC 922(g)(1) - Felon in Possession of a Firearm.

**Sentence imposed:** 60 months custody Bureau of Prisons; 36 month Supervised Release; $100 Special Assessment. Special conditions: 1) Warrantless search; 2) Correctional treatment; 3) Substance abuse testing; 4) Aftercare co-payment.

**Dates and Mode of Travel:** Departs August 27, 2013, Alaska Airlines Flight Number 841. Returns September 2, 2013, Alaska Airlines Flight Number 840.

**Purpose:** Attend his girlfriend's sister's wedding. They will be staying at 325 Baldwin Avenue Paia, Maui, Hawaii.

                                       Respectfully Submitted,

                                       */s/ Kris M. Miura*

                                       **KRIS M. MIURA**
                                       **United States Probation Officer**

**DATED:**      August 13, 2013
                  Elk Grove, California
                  KMM/sda

RE:   Larry James PARKER
      Docket Number:  2:08CR00210-01
      **PERMISSION TO TRAVEL**

**REVIEWED BY:**   */s/ George A. Vidales for*
                  **JACK C. ROBERSON**
                  **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved _____X_____

_____8/15/2013_____              /s/ John A. Mendez
**Date**                            **John A. Mendez**
                                    **United States District Court Judge**